# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0965
Lower Tribunal No. 20-473
_____

**L.F.P. Jr., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

L.F.P. Jr., a juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.